In the Matter of the Accounting of NATHAN J. LOWE et al., as Executors of SARAH J. CLEMENT, Deceased. JOHN DAVIDSON et al., Appellants; HELEN C. SPRINGER, Respondent.

*Matter of Lowe*, 149 App. Div. 347, modified.
(Argued October 1, 1912; decided October 8, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 6, 1912, which reversed a decree of the Erie County Surrogate's Court settling the accounts of the executors of Sarah J. Clement, deceased.

*Simon Fleischmann* and *George S. Potter* for appellants.

*Moses Shire* and *Vernon Cole* for respondent.

*Per Curiam.* We concur in the opinion of SPRING, J., below, holding that the second provision of the will of Sarah J. Clement, deceased, in which she gave, devised and bequeathed to her daughter, Helen Springer, her printing office and bindery, together with all presses, bindery machinery, type, paper on hand, office furniture and equipment of every nature connected with said business, was intended to include the printing business carried on by the decedent in her lifetime, and that it comprises the bills receivable and money deposited in bank to the credit of the business. But we think that, in giving to her daughter the business she intended that she should assume and pay the accounts payable amounting to the sum of $7,450.63.

The order of the Appellate Division, therefore, should be modified so as to charge the daughter with the amount of such bills, and the decree as so modified should be affirmed, without costs in this court to either party.

CULLEN, Ch. J., HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and COLLIN, JJ., concur; CHASE, J., dissents on opinion of McLENNAN, P. J., below.

Ordered accordingly.